# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NATALIE JENSEN, | ) | No.  2:13-CV-001822-AC |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER APPROVING |
| | ) | SETTLEMENT OF |
| Carolyn Colvin, | ) | ATTORNEY FEES UNDER |
| ACTING COMMISSIONER OF | ) | THE EQUAL ACCESS TO |
| SOCIAL SECURITY, | ) | JUSTICE ACT |
| | ) | [28 U.S.C. §2412(d)] |
| Defendant. | ) | |
| _____ | ) | |

THE PARTIES STIPULATE through the undersigned, subject to the approval of the Court, that plaintiff be awarded attorney fees in the amount of Two Thousand Three Hundred Seventy-Two dollars and 71 cents ($2,372.71) under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no award of costs. This will represent compensation for all legal services rendered by counsel for plaintiff in this civil action and in accordance with that statute.

1

Upon the Court's order, defendant will consider the assignment of those *EAJA* fees pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-2253 (2010), considering any offsets allowed under the United States Department of Treasury's Offset Program. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and not an admission of liability of defendant under the *EAJA*. Payment of this agreed amount shall constitute a complete release and bar of plaintiff and her counsel regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.


Dated: June 5, 2015                                  */s/  Jesse S. Kaplan*

                                                     JESSE S. KAPLAN
                                                     Attorney for Plaintiff


Dated: June 5, 2015                                  */s/ per email authorization*

                                                     ARMAND ROTH
                                                     Special Assistant U.S. Attorney
                                                     Attorney for Defendant

## **ORDER**

GOOD CAUSE APPEARING from the foregoing stipulation, IT IS ORDERED that

1. Defendant pay plaintiff's attorney fees pursuant to the *EAJA* in accordance with this stipulation; and

2. Plaintiff's motion for attorney's fees under the EAJA, ECF No. 21, is DENIED as moot.

DATED:  June 10, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE